**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>KINGATE GLOBAL FUND, LTD., KINGATE EURO FUND, LTD.<br><br>　　　　and<br><br>BANK OF BERMUDA, LIMITED,<br><br>　　　　　　　　　　Defendants. | Adv. Pro. No. 09-1161 (BRL) |

## ORDER GRANTING PLAINTIFF'S MOTION FOR
## LEAVE TO FILE SECOND AMENDED COMPLAINT

THIS MATTER, having come before the Court on Plaintiff's Motion for Leave to File a Second Amended Complaint ("Motion for Leave"), it is hereby ORDERED that the Motion for Leave is GRANTED. Plaintiff's Second Amended Complaint, attached to his Motion for Leave, is considered to have been filed as of the date of entry of this Order and the date by which Defendants must respond to the Second Amended Complaint shall be July 27, 2009.

Date:　New York, New York
　　　　July 21, 2009

　　　　　　　　　　　　　　　　　　　　/s/Burton R. Lifland_____
　　　　　　　　　　　　　　　　　　　　The Honorable Burton R. Lifland
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge