**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Debtor. | SIPA LIQUIDATION<br><br>No. 08-01789 (BRL) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>KINGATE GLOBAL FUND, LTD. KINGATE EURO FUND, LTD.<br><br>   and<br><br>THE BANK OF BERMUDA LIMITED,<br><br>   Defendants. | Adv. Pro. No. 09-1161 (BRL) |

## SIXTH AMENDED STIPULATION AND ORDER

  IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel herein, that the time by which Defendants Kingate Global Fund, Ltd., Kingate Euro Fund, Ltd. and The Bank of Bermuda Limited may move, answer or otherwise respond to the Complaint is extended up to and including March 9, 2010. The pre-trial conference will be held on March 31, 2010.

  The purpose of this stipulated extension is to provide additional time for the parties to finalize and seek court approval of a settlement that would resolve this adversary proceeding.

The parties to this stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including to challenge the jurisdiction of the Court in this Court or any other Court.

Dated: New York, New York
       December 21, 2009

                                                                                                              *s/Marc E. Hirschfield*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Thomas M. Wearsch
*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of Bernard L.*
*Madoff Investment Securities LLC and*
*Bernard L. Madoff*

Dated: New York, New York
       December 21, 2009

                                                              *s/Robert S. Loigman*
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Robert S. Loigman
Susheel Kirpalani
*Attorneys for Kingate Global Fund, Ltd.*
*and Kingate Euro Fund, Ltd.*

Dated: New, York, New York
       December 21, 2009

                                *s/David E. Brodsky*
                                Cleary Gottlieb Steen & Hamilton LLP
                                One Liberty Plaza
                                New York, New York 10006
                                Telephone: (212) 225-2000
                                Facsimile: (212) 225-3999
                                David E. Brodsky
                                *Attorneys for The Bank of Bermuda Limited*

Dated: New York, New York                 SO ORDERED
       December 23, 2009

                                /s/Burton R. Lifland
                                UNITED STATES BANKRUPTCY JUDGE