**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Debtor. | SIPA LIQUIDATION<br><br>No. 08-01789 (BRL) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>KINGATE GLOBAL FUND, LTD. KINGATE EURO FUND, LTD.<br><br>       and<br><br>THE BANK OF BERMUDA LIMITED,<br><br>       Defendants. | Adv. Pro. No. 09-1161 (BRL) |

## <u>FIFTEENTH AMENDED STIPULATION AND ORDER</u>

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel herein, that the time by which Defendants Kingate Global Fund, Ltd., Kingate Euro Fund, Ltd. and The Bank of Bermuda Limited may move, answer or otherwise respond to the Complaint is extended up to and including May 3, 2011. The pre-trial conference will be held on May 25, 2011.

The purpose of this stipulated extension is to provide additional time for the parties to finalize and seek court approval of a settlement that would resolve this adversary proceeding.

The parties to this stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including to challenge the jurisdiction of the Court in this Court or any other Court.

Dated: New York, New York
        March 31, 2011

                                        /s/ David J. Sheehan_____
                                        Baker & Hostetler LLP
                                        45 Rockefeller Plaza
                                        New York, New York 10111
                                        Telephone: (212) 589-4200
                                        Facsimile: (212) 589-4201
                                        David J. Sheehan
                                        Marc E. Hirschfield
                                        Geraldine E. Ponto
                                        *Attorneys for Irving H. Picard, Esq.,*
                                        *Trustee for the SIPA Liquidation of Bernard L.*
                                        *Madoff Investment Securities LLC and*
                                        *Bernard L. Madoff*

Dated: New York, New York
        March 31, 2011

                                        /s/ Robert S. Loigman_____
                                        Quinn Emanuel Urquhart &
                                        Sullivan, LLP
                                        51 Madison Avenue, 22nd Floor
                                        New York, New York 10010
                                        Telephone:  (212) 849-7000
                                        Facsimile:  (212) 849-7100
                                        Robert S. Loigman
                                        Susheel Kirpalani
                                        *Attorneys for Kingate Global Fund, Ltd.*
                                        *and Kingate Euro Fund, Ltd.*

Dated: New, York, New York
       March 31, 2011

                                      /s/ David E. Brodsky
                                      Cleary Gottlieb Steen & Hamilton LLP
                                      One Liberty Plaza
                                      New York, New York  10006
                                      Telephone:  (212) 225-2000
                                      Facsimile:  (212) 225-3999
                                      David E. Brodsky
                                      *Attorneys for The Bank of Bermuda*
                                      *Limited*

SO ORDERED
Dated:  New York, New York
       March 31, 2011

                                      /s/Burton R. Lifland
                                      UNITED STATES BANKRUPTCY JUDGE